NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-783

JOANN NELSON AND WAYNE NELSON

VERSUS

WILLIAM AND BARBARA BUDEMER, ET AL.

**********

APPEAL FROM THE
THIRTY-FIFTH JUDICIAL DISTRICT COURT
PARISH OF GRANT, NO. 14,130
HONORABLE ALLEN A. KRAKE, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Cooks, J., dissents and assigns written reasons.

DeWitt T. Methvin, Jr.
Attorney at Law
P. O. Box 1871
Alexandria, LA 71309
(318) 448-1632
Counsel for Defendant-Appellee:
 State Farm Fire & Casualty Co.
 William and Barbara Budemer d/b/a Budemer's Grocery

**David Carlton McMillin**
**Watson, Mc Millian, & Harrison, L.L.P.**
**P. O. Box 14415**
**Monroe, LA 71207**
**(318) 322-9700**
**Counsel for Plaintiff-Appellant:**
 **JoAnn Nelson**
 **Wayne Nelson**

1